**No. 28175.**

Court of Criminal Appeals of Texas.

March 21, 1956.

**Ernest SADLER, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28259.**

Court of Criminal Appeals of Texas.

April 18, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft; the punishment, 2 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.